

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00612-CV

_____

IN RE HALFF ASSOCIATES, INC., Relator

---

Original Proceeding
415th District Court of Parker County, Texas
Trial Court No. CV23-2017

---

Before Birdwell, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. We lift our November 17, 2025 stay of the trial court's February 4, 2025 Order Granting Plaintiff's Motion to Compel Document Production and its November 10, 2025 Order Denying Halff Associates, Inc.'s Motion for Reconsideration and Granting Plaintiff's Motion to Seek Enforcement of Discovery Order, and we vacate our order to seal the documents that relator tendered to the trial court in camera and that relator identified in its privilege log.

Per Curiam

Delivered: December 5, 2025